**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RICARDO BURKE-LASALLE, et al<br>Defendants. | CRIMINAL NO. 99-315(DRD) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. That as of July 11, 2007, AUSA José Capó Iriarte is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case. The person responsible for this case is SAUSA Olga Castellón.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA José Capó Iriarte as the attorney responsible for the prosecution of the instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of July, 2007.

                                 ROSA EMILIA RODRIGUEZ-VELEZ
                                 United States Attorney

                                 s/José Capó Iriarte
                                 José Capó Iriarte - G00307
                                 Assistant U. S. Attorney
                                 Criminal Division
                                 Torre Chardón, Suite 1201
                                 350 Carlos Chardón Street
                                 Hato Rey, Puerto Rico  00918
                                 Tel. (787) 766-5656
                                 Fax (787) 771-4050
                                 Email: jose.capo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, this 11th day of July, 2007.

                                 s/José Capó Iriarte
                                 Assistant U.S. Attorney