AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA,    **APPEARANCE**

v.    CASE NUMBER: **CR 99-315(DRD)**

**ANTONIO MUÑIZ-TORRES**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

August 24th, 2007  
Date

*s// Olga Castellón*  
Olga Castellón - #223701  
Special Assistant U.S. Attorney  
Torre Chardón Bldg., Suite 1201  
#350 Carlos Chardón Avenue  
Hato Rey, Puerto Rico  00918  
Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I hereby certify that on August 24th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Miriam R. Ramos-Grateroles, Esquire.**

In San Juan, Puerto Rico, this 24th day of August, 2007.

*s//Olga Castellón*  
Olga Castellón - #223701  
Special Assistant U.S. Attorney